No. 16,499.

CITY AND COUNTY OF DENVER *v.* BACINO.

(224 P. [2d] 219)

Decided October 30, 1950.

Mr. J. GLENN DONALDSON, Mr. ABE L. HOFFMAN, PATRICIA MALOY, for plaintiff in error.

No appearance for defendant in error.

*En Banc.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

THE instant case presents the same issue which was considered and determined in *City and County of Denver v. Bridwell,* 122 Colo. 520, 224 P. (2d) 217; consequently our decision in the latter case is applicable and controlling in the present litigation; accordingly, the judgment is affirmed.